590 A.2d 548

H. Scott KAHLE et ux.

v.

JOHN McDONOUGH BUILDERS, INC.

No. 157, Sept. Term, 1990.

Court of Appeals of Maryland.

June 3, 1991.

John H. Morris, Jr. (George F. Pappas, Venable, Baetjer and Howard, all on brief), Baltimore, for petitioners.

Howard G. Goldberg (Deborah K. Sobieski, Smith, Somerville & Case, all on brief), Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW and KARWACKI, JJ.

## ORDER

MURPHY, Chief Judge.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 3rd day of June, 1991

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.